Submitted on record and briefs February 18, order modifiying probation reversed; remanded March 17, 1993

# STATE OF OREGON,
*Respondent,*

*v.*

# CHARLES DUDLEY WARNER,
*Appellant.*

## (91CR-1275; CA A76164)

848 P2d 146

George W. Kelly, Eugene, filed the brief for appellant.

Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and Janet A. Klapstein, Assistant Attorney General, Salem, filed the brief for respondent.

Before Richardson, Chief Judge, and Rossman and De Muniz, Judges.

PER CURIAM

**PER CURIAM**

Defendant appeals an order modifying the terms of his probation. He contends that the court erred by not notifying him of the state's request for modification or granting him a hearing on the motion. The state concedes that the court erred. We accept that concession.

Order modifying probation reversed; remanded.